UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80854-CIV-DIMITROULEAS

SCOTT W. BACKHUS,

Magistrate Judge Snow

    Plaintiff,

vs.

TEJO LIMITED, INC., a Florida corporation;
J & L OF THE PALM BEACHES, INC., a
Florida corporation; and THEODORE
RUSSO, an individual,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff Scott W. Backhus's Motion to Amend Judgment against Defendants for Failure to Pay Settlement Payment [DE 16] and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated June 23, 2010 [DE 23].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's conclusion that Plaintiff did not obstruct the Defendants from complying with the Settlement Agreement, did not conceal a material fact, and did not fraudulently induce the Defendants into executing the Settlement Agreement.  We agree that the Motion should be

granted, and that judgment should be entered in the amount of $35,000.00 plus interest, attorney's fees, and costs against each of the Defendants, jointly and severally. We shall enter the amended final judgment separately.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of Magistrate Judge Lurana S. Snow, dated June 23, 2010 [DE 23] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff Scott W. Backhus's Motion to Amend Judgment against Defendants for Failure to Pay Settlement Payment [DE 16] is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record